FILED

08 MAR 17 PM 2:00

U.S. COURTS
SOUTHERN DISTRICT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 17 2008

Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| ERNESTO S. RODRIGUEZ, Jr., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION. NO. L-06-154 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM AND ORDER

Pending is Respondent Quarterman's Motion for Summary Judgment. (Dkt. No. 9.) Petitioner did not respond to the motion. Magistrate Judge Diana Saldaña filed a Report and Recommendation on February 19, 2008. Again, Petitioner failed to respond. Judge Saldaña recommends that the motion be granted.

Having reviewed the report for clear error, this Court concludes that the Report and Recommendation should be ACCEPTED in its entirety.

It is, therefore, ORDERED that the Motion for Summary Judgment be GRANTED.

DONE at Laredo, Texas, this 17th day of March, 2008.

George P. Kazen
United States District Judge